```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A03-0221--CV (JWS)
            "JERRY LEE DOUGLAS V SUPERINTENDENT ZEE HYDEN"

         Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
      Referral Rule:  4(4)
              Filed: 09/23/03
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (530) Habeas Corpus: General

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: In Forma Pauperis
           Trial by:
```

Parties of Record:                      Counsel of Record:

PLF 1.1         DOUGLAS, JERRY LEE      Mary C. Geddes
                                        Federal Public Defender
                                        550 W. 7th Avenue, Suite 1600
                                        Anchorage, AK 99501
                                        907-646-3400
                                        FAX 907-646-3408

DEF 1.1     [T] ALASKA, STATE OF        No counsel found for this party!

DEF 2.1         HYDEN, SUPERINTENDENT ZEE   John A. Scukanec
                                        OSPA
                                        310 K Street, Suite 308
                                        Anchorage, AK 99501
                                        907-269-6250

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0221--CV (JWS)
                       "JERRY LEE DOUGLAS V SUPERINTENDENT ZEE HYDEN"

                                     For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(4)
             Filed: 09/23/03
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (530) Habeas Corpus: General

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:


Document #   Filed      Docket text

     1 -  1  09/23/03   Application to proceed without prepayment of fees w/exhs.

     2 -  1  09/23/03   PLF 1 Petition for Writ of H/C per 28:2254.

    2A-  1  09/29/03   Application to proceed without prepayment of fees w/att exhs.

     3 -  1  09/30/03   RRB Order denying appl to waive fees w/leave to amend by 10/29/03 or pay
                        $5.00 filing fee by 10/29/03; amended pet due 10/29/03 or case dism; req
                        for appt of cnsl due 10/29/03 or file notice of intent to proceed w/o
                        cnsl. cc: cnsl, PSLC

     4 -  1  10/06/03   RRB Order denying waiver of filing fee at dkt 2A; PLF 1 must pay $5.00
                        filing fee by 11/05/03. cc: cnsl, PSLC

     5 -  1  10/16/03   Application to proceed without prepayment of fees.

     6 -  1  10/16/03   PLF 1 motion (appl) for appointment of counsel.

     7 -  1  10/16/03   PLF 1 Petition for Writ of H/C per 28:2254(Amended).

     8 -  1  10/21/03   JWS Order directing svc and response; clk to serve cy of amended pet on
                        D. Kossler; amended appl to waive prepayment of fees denied as moot
                        (5-1); granting mot (appl) for appt of cnsl (6-1); FPD to designate
                        cnsl; amended 2254 pet or notice of no amended pet due 11/19/03; resp
                        has until 12/19/03 to file ans; case is referred to MJ Roberts per
                        D.Ak.LMR 4(4). cc: cnsl, D. Kossler w/cy of amended pet, G. Renkes w/cy
                        of amended pet, FPD (CJA Clk) w/cy of amended pet, MJ Roberts, PSLC

     9 -  1  10/30/03   DEF 2 Attorney Appearance of John A. Scukanec (AAG-308).

    10 -  1  11/05/03   PLF 1 Attorney Appearance of Mary Geddes (FPD).

    11 -  1  11/19/03   PLF 1 motion to ext time (to 1/21/04) to amend petition.

    12 -  1  11/21/03   JDR Order granting motion to ext time (to 1/21/04) to amend petition
                        (11-1); (to 2/20/04) for respodednt to file an answer. cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0221--CV (JWS)
                   "JERRY LEE DOUGLAS V SUPERINTENDENT ZEE HYDEN"

                                  For all filing dates


 Document #    Filed      Docket text

   13 -   1   01/21/04    PLF 1 Petition for Writ of H/C per 28:2254(Amended) w/att exh.

   14 -   1   02/09/04    DEF 2 preliminary response to amended petition w/att exh.

   15 -   1   02/11/04    JDR Minute Order re petitioner to identify as directed by 2/20/04 his
                          specific grounds of ineffective assist of cnsl claims & claim that he
                          was denied his right to a fair trial assereted in his amended petition @
                          #13. cc: cnsl

   16 -   1   02/19/04    PLF 1 Supplement to amended petition for habeas corpus.

   17 -   1   02/20/04    JDR Minute Order re S&P conf set for 3/4/04 at 9:30 a.m. cc: cnsl

   18 -   1   02/23/04    PLF 1 Unopposed motion to reset S&P conference w/att aff.

   19 -   1   02/24/04    JDR Order granting motion Unopposed motion to reset S&P conference
                          (18-1).  The S&P conference previously set for 3/4/04 is VACATED and
                          RESET for 3/10/04 at 11:00am.  cc: cnsl

   20 -   1   03/12/04    JDR Court Minutes [ECR: Debby Willoughby-Lyons] of S&P Conf (held
                          3/10/04); respondent's answer to supp to amended pet due COB 3/23/04;
                          Respondent to lodge state crt record w/answer; petitioner's request for
                          eivd hrg due COB 3/19/04; request to be served via fax on cnsl for
                          respondent; petitioner's opening brf due COB 4/14/04; repsondent's oppo
                          due COB 5/26/04; petitioner's reply due COB 6/7/04.  cc: cnsl

   21 -   1   03/22/04    DEF 2 Answer to petition for writ of habeas corpus.

   22 -   1   03/22/04    DEF 2 Notice of lodging of transcript w/att transcript.

   23 -   1   03/26/04    PLF 1 motion to accept late filed motion (on shortened time) w/att
                          proposed late filed mot for evid hrg w/exh.

   24 -   1   03/30/04    JDR Minute Order granting motion to accept late filed motion (on
                          shortened time) (23-1); clerk to file the mot for evident hrg ;
                          respondent's response to mot for evident hrg due 4/14/04. cc: cnsl

   25 -   1   03/30/04    PLF 1 motion for evident hrg & request that decision be deferred until
                          after the initial round of briefing. w/att aff & exhs.

   26 -   1   03/31/04    DEF 2 opposition to PLF 1 motion for evident hrg & request that decision
                          be deferred until after the initial round of briefing (25-1).

   27 -   1   04/06/04    PLF 1 reply to opposition to PLF 1 motion for evident hrg & request that
                          decision be deferred until after the initial round of briefing (25-1).

   28 -   1   04/08/04    JDR Minute Order deferring motion for evident hrg (25-1) pending further
                          consideration by the crt after briefing; brief due 5/18/04; oppo due
                          6/17/04; reply due 7/2/04; MJ will rule on mot for evident hrg before
                          preparing an R&R on the merits of the petition. cc: cnsl

   29 -   1   04/12/04    DEF 2 motion for clarification of order setting briefing schedule.

   30 -   1   04/13/04    JDR Minute Order re MO at 29-1 re briefing is corrcted to read as
                          petitioners brief due 5/18; respondent's oppo due 6/17; petitioner's
                          reply due 7/2. cc: cnsl


ACRS: R_VDSDX             As of 12/01/05 at 3:11 PM by GARRY                    Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0221--CV (JWS)
                   "JERRY LEE DOUGLAS V SUPERINTENDENT ZEE HYDEN"

                                  For all filing dates


 Document #   Filed       Docket text

   31 -  1    05/18/04    PLF 1 Unopposed motion on shortened time for one month ext of time to
                          file brief in support of amended petition.

   32 -  1    05/20/04    JDR Order granting motion Unopposed motion for one month ext of time to
                          file brief in support of (31-1).  Petitioners brief due COB 6/15/04;
                          respondent's response due COB 7/15/04; reply due COB 7/30/04. cc: cnsl

   33 -  1    06/15/04    PLF 1 Unopposed motion on shortened time for 1 month ext of time to file
                          brief in support of amended petition w/att aff.

   34 -  1    06/16/04    JDR Order granting unopposed motion for 1 month ext of time to file
                          brief in support of amended petition (33-1); petitioner's brief due
                          7/15/04; respondent's response due 8/16/04; reply due 8/30/04. cc: cnsl

   35 -  1    07/15/04    PLF 1 Unopposed motion for ext of time to submit brief in support of
                          petition w/att aff.

   35 -  2    07/16/04    JDR Order granting motion Unopposed motion for ext of time to submit
                          brief in support of petitio (35-1); opening brf due 8/16/04; oppo due
                          9/16/04; reply due 9/30/04.  cc: cnsl

   36 -  1    08/16/04    PLF 1 motion for ext of time to submit brief in support of petition
                          w/att aff.

   36 -  2    08/17/04    JDR Order granting motion for ext of time to submit brief in support of
                          petition (36-1); petitioner's opening brief due 9/16; repondent's oppo
                          brief due 10/18; reply brief due 11/8. cc: cnsl

   37 -  1    09/16/04    PLF 1 motion on shortened time for ext of time to submit brief in
                          support of petition w/att exh.

   38 -  1    09/17/04    AHB Order granting motion on shortened time for ext of time to submit
                          brief in support of petiti (37-1); opening brf due 10/19/04; response
                          due 11/19/04; reply due 12/10/04.  cc: cnsl

   39 -  1    09/20/04    DEF 2 non-opposition to PLF 1 motion for ext of time to submit brief in
                          support of petition (36-1).

   40 -  1    10/19/04    PLF 1 motion on shortened time for extension of tiem until 12/31/04 to
                          submit brief in support of petition.

   41 -  1    11/04/04    JDR Order granting motion on shortened time for extension of time until
                          12/31/04 to submit brief; response due 1/31/05; reply due 2/21/05
                          (40-1). cc: cnsl

   42 -  1    12/22/04    PLF 1 motion on shortened time for extension of time until 1/14/05 to
                          submit brief in support of petition w/att aff.

   43 -  1    12/28/04    DEF 2 opposition (response) to PLF 1 motion on shortened time for
                          extension of time until 1/14/05 to submit brief in support of petition
                          (42-1).

   44 -  1    01/13/05    JDR Order granting motion on shortened time for extension of time until
                          1/14/05 to submit brief (42-1).  Petitioners opening brf is due 1/14/05.
                          cc: cnsl
```

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0221--CV (JWS)
                          "JERRY LEE DOUGLAS V SUPERINTENDENT ZEE HYDEN"

                                       For all filing dates


Document #   Filed      Docket text

   45 -  1   01/14/05   PLF 1 Unopposed motion for extension of time until 2/14/05 to file
                        opening brief.

   46 -  1   01/18/05   JDR Order granting unopposed motion for extension of time until 2/14/05
                        to file opening brief (45-1); govt's answer due 3/16/05; def's reply due
                        4/6/05. cc: cnsl

   47 -  1   02/14/05   PLF 1 Unopposed motion on shortened time for an additional day's
                        continuance to file opening brief w/att aff.

   48 -  1   02/15/05   JDR Minute Order granting unopposed motion on shortened time for an
                        additional day's continuance (47-1); petitioner's opening brief due
                        3/14/05; response due 4/6/05; reply due 5/6/05. cc: cnsl

   49 -  1   02/15/05   PLF 1 Unopposed motion on shortened time for continuance to file opening
                        brief w/att aff.

   50 -  1   02/16/05   JDR Minute Order denied as moot unopposed motion on shortened time for
                        continuance to file opening brief (49-1). cc: cnsl

   51 -  1   02/18/05   DEF 2 motion (request) for clarification of due date for brief of
                        respondent.

   52 -  1   03/14/05   PLF 1 motion for 1 day extension of time to file amended petition w/att
                        aff.

   53 -  1   03/15/05   PLF 1 motion to accept cassette tape in support petitioner's petition.

   54 -  1   03/15/05   PLF 1 brief in support of petition for writ of habeas corpus w/att exhs.
                        (original in folder behind file)

   55 -  1   03/16/05   JDR Order granting motion for 1 day extension of time to file amended
                        petition (52-1). cc: cnsl

   56 -  1   04/06/05   DEF 2 motion for extension of time until 6/13/05 to file briefs on
                        merits w/att aff.

   57 -  1   04/12/05   JDR Order granting respondents motion for extension of time by COB
                        6/13/05 to file briefs on merits (56-1).  Reply brief due by COB
                        7/13/05.  cc: cnsl

   58 -  1   04/25/05   JDR Order granting motion to accept cassette tape in support
                        petitioner's petition (53-1). cc: cnsl

   59 -  1   04/26/05   PLF 1 Notice of loding cassette tape in support of petitioner's brief in
                        support of petition for writ of habeas corpus (54-1). (tapes forwarded
                        to MJ Roberts).

   60 -  1   05/27/05   DEF 2 motion to stay briefing schedule w/att aff & exhs.

   60 -  2   05/27/05   DEF 2 motion withdraw concession regarding exhaustion of state remedies
                        w/att exhs.

   61 -  1   05/31/05   JDR Minute Order granting motion to stay briefing schedule (60-1); mot
                        to w/d concecssion will be addressed when petitioner's response is
                        received &/or said motion is ripe. cc: cnsl


ACRS: R_VDSDX                     As of 12/01/05 at 3:11 PM by GARRY                      Page 4
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0221--CV (JWS)
"JERRY LEE DOUGLAS V SUPERINTENDENT ZEE HYDEN"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 62 - 1 | 06/01/05 | PLF 1 motion for reconsideration of order staying briefing w/att aff. |
| 63 - 1 | 06/03/05 | JDR Order denying motion for reconsideration of order staying briefing (62-1). cc: cnsl |
| 64 - 1 | 06/09/05 | PLF 1 opposition to DEF 2 motion withdraw concession regarding exhaustion of state remedies (60-2). |
| 65 - 1 | 06/14/05 | DEF 2 reply to opposition to DEF 2 motion withdraw concession regarding exhaustion of state remedies (60-2). |
| 66 - 1 | 06/24/05 | JDR Order granting motion withdraw concession regarding exhaustion of state remedies (60-2); staying motion for evident hrg & request that decision be deferred until after the in (25-1), motion brief in support of petition for writ of habeas corpus (54-1); respondent's mot for relief based upon claim of petitioner's failure to exhaust state remedies due 6/30/05; petitioner's response due 7/15/05; reply due 7/20/05; briefing on the merits of the claims(s) is further stayed until after the the exhaustion issue has been determined. cc: cnsl |
| 67 - 1 | 06/28/05 | DEF 2 motion for extension of time until 7/15/05 to file motion to dismiss w/att aff. |
| 68 - 1 | 06/29/05 | PLF 1 opposition to DEF 2 motion for extension of time until 7/15/05 to file motion to dismiss (67-1). |
| 69 - 1 | 06/30/05 | JDR Minute Order granting motion for extension of time until 7/15/05 to file motion to dismiss (67-1).  Respondent's motion to dismiss due by 7/18/05; response due 8/1/05; reply due 8/8/05. Briefing on merits of the claims is stayed until after the exhaustion issue has been determined. cc: cnsl |
| 70 - 1 | 06/30/05 | PLF 1 Errata to oppo re: DEF 2 motion for extension of time until 7/15/05 to file motion to dismiss (67-1). |
| 71 - 1 | 07/15/05 | DEF 2 motion to dismiss w/att memo. |
| 72 - 1 | 08/01/05 | PLF 1 motion on shortened time for 2 additional days to file opposition to motion to dismiss w/att aff. |
| 73 - 1 | 08/02/05 | TWH Order granting motion on shortened time for 2 additional days to file opposition to motion to dismiss (72-1). cc: cnsl |
| 74 - 1 | 08/03/05 | PLF 1 opposition to DEF 2 motion to dismiss (71-1). |
| 75 - 1 | 08/04/05 | PLF 1 motion to accept corrected opposition to motion to dismiss w/att prop corrected oppo. |
| 75 - 2 | 08/08/05 | JDR Order granting motion to accept corrected opposition to motion to dismiss (75-1). cc: cnsl |
| 76 - 1 | 08/08/05 | PLF 1 corrected opposition to DEF 2 motion to dismiss (71-1). |
| 77 - 1 | 08/08/05 | DEF 2 motion for extension of time until 8/15/05 to file reply to opposition to motion to dismiss w/att aff. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0221--CV (JWS)
                     "JERRY LEE DOUGLAS V SUPERINTENDENT ZEE HYDEN"

                                   For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 78 - 1 | 08/10/05 | JDR Order granting motion for extension of time until 8/15/05 to file reply to opposition to mot to dismiss (77-1). cc: cnsl |
| 79 - 1 | 08/15/05 | DEF 2 reply to opposition to DEF 2 motion to dismiss (71-1). |
| 80 - 1 | 08/17/05 | PLF 1 motion to permit responsive pleading to petioner's reply or in the alternative oral argument on mot to dsmss w/att aff. |
| 81 - 1 | 08/22/05 | DEF 2 opposition to PLF 1 motion to permit responsive pleading to petioner's reply or in the alternative oral argument on mot to dsmss (80-1). |
| 82 - 1 | 08/25/05 | PLF 1 motion for extension of time until 9/8/05 to file reply to the motion to permit responsive pleading or oral argument on shortened time. |
| 83 - 1 | 08/26/05 | DEF 2 opposition to PLF 1 motion for extension of time until 9/8/05 to file reply to the motion to permit responsive pleading or oral argument on shortened time. (82-1). |
| 84 - 1 | 08/30/05 | JDR Order granting motion to permit responsive pleading to petioner's reply or in the alternativ (80-1), motion for extension of time until 9/8/05 to file reply to the motion to perm (82-1). cc: cnsl |
| 85 - 1 | 09/12/05 | PLF 1 response to reply & request for evident hrg on matter of detrimental reliance re DEF 2 motion to dismiss (71-1). |
| 86 - 1 | 09/13/05 | PLF 1 Unopposed motion to stay district court proceedings. |
| 87 - 1 | 09/16/05 | JDR Order granting unopposed motion to stay district court proceedings (86-1); parties jnt stat rpt due 10/31/05. cc: cnsl |
| 88 - 1 | 10/31/05 | PLF 1 Jnt Status Report w/att aff. |
| 89 - 1 | 11/08/05 | JDR Minute Order re in light of the jnt status rpt at #88, the stay is lifted; the crt will proceed beginning w/the mot to dsmss @ #71 which is ripe. cc: cnsl |