Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS,<br><br>                Petitioner,<br><br>vs.<br><br>SUPERINTENDENT ZEE HYDEN,<br><br>                Respondent. | Case No. A03-0221 CV (JWS)<br><br>STATUS REPORT AND NOTICE<br>OF UNAVAILABILITY |

       The district court has denied the respondent's motion to dismiss; accordingly, the respondent's brief on the merits would now be due, and the petitioner's reply shortly thereafter. For this reason, the undersigned notifies this court that she will be on personal leave for approximately five weeks, beginning May 28 through July 4, 2006.  Therefore, Mr. Douglas requests that his reply be due July 19, 2006.

DATED this 22nd day of May, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 22, 2006, a copy of the foregoing document, with attachments, was served electronically on:

John A. Scukanec, Esq.

/s/ Mary C. Geddes