John A. Scukanec
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
E-mail: john_scukanec@law.state.ak.us

Attorney for Respondent Superintendent Zee Hyden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> SUPERINTENDENT ZEE ) <br> HYDEN, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 3:03-cv-00221-JWS-JDR <br><br> <u>PROPOSED ORDER</u> |

   After due consideration of the respondent's Motion for Clarification and Stay of Briefing Schedule and good cause being shown therefore, said motion is GRANTED. The respondent's brief on the merits shall be due thirty (30) days after the District Court rules on the respondent's motion for clarification.

Dated _____, at Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge

**Certificate of Service**

I certify that on May 26, 2006, a copy of the foregoing Proposed Order was served electronically on **Mary C. Geddes, John A. Scukanec** and on **none** by regular U.S. Mail.

s/ John A. Scukanec