Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>SUPERINTENDENT ZEE HYDEN,<br><br>　　　　　Respondent. | Case No. 3:03-cv-0221-JWS<br><br>OPPOSITION TO "MOTION FOR CLARIFICATION AND STAY OF BRIEFING SCHEDULE" |

　　　　The undersigned filed this week a notice of her unavailability commencing May 27, 2006, until July 5, 2006. On Friday afternoon, May 26, 2006, counsel for respondent filed a "Motion for Clarification and Stay of Briefing Schedule."

　　　　Nevertheless, a quick reading of this court's order on May 22, 2006, shows that the court intended to find that both of Mr. Douglas's claims had been exhausted.

　　　　Respondent's motion is therefore not well taken and should be denied both with respect to its substance and to the requested stay.

DATED this 26th day of May, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 30, 2006, a copy of the foregoing document, with attachments, was served electronically on:

John A. Scukanec, Esq.

/s/ Mary C. Geddes