IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS, )<br>)<br>Petitioner, )<br>) No. 3:03-CV-00221-JWS-JDR<br>vs. )<br>) PROPOSED ORDER<br>SUPERINTENDENT ZEE HYDEN, ) EXTENSION OF TIME TO<br>) FILE RESPONDENT'S BRIEF<br>Respondent. ) ON THE MERITS<br>_____ ) | |

After due consideration of the Respondent's Motion for Extension of Time to File Respondent's Brief on the Merits and good cause being shown, the motion is GRANTED. The Respondent's brief on the merits shall be due on August 22, 2006.

Dated this _____ day of _____, 2006.

_____
U.S. Magistrate Judge
John D. Roberts