Blair M. Christensen
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Blair_Christensen@law.state.ak.us

Attorney for Respondent Superintendent Zee Hyden

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| JERRY LEE DOUGLAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:03-cv-0221-JWS-JDR |
| | ) | |
| SUPERINTENDENT ZEE HYDEN, | ) | SUPERSEDING |
| | ) | ENTRY OF APPEARANCE |
| Respondent. | ) | |
| | ) | |

The undersigned hereby enters her appearance as attorney for the Respondent. All further pleadings and communications in this case should be addressed to:

> Blair M. Christensen
> Office of Special Prosecutions and Appeals
> 310 K Street, Suite 308
> Anchorage, Alaska 99501

DATED August 16, 2006 , at Anchorage, Alaska.

    DAVID W. MÁRQUEZ
    ATTORNEY GENERAL

    s/ **Blair M. Christensen**
     Assistant Attorney General
     State of Alaska, Dept. of Law
     Office of Special Prosecutions
      and Appeals
     310 K St., Suite 308
     Anchorage, Alaska 99501
     Telephone: (907) 269-6250
     Facsimile: (907) 269-6270
     e-mail: Blair_Christensen@law.state.ak.us
     Alaska Bar. No. 0311088

**Certificate of Service**

I certify that on August 16, 2006, a copy of the foregoing Superseding Entry of Appearance was served electronically on Mary C. Geddes.

    s/ Blair M. Christensen