# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

JERRY LEE DOUGLAS v. SUPERINTENDENT ZEE HYDEN

Case No. 3-03-cv-00221-JWS-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE: Motion for Expansion of Record or Evidentiary Hearing, Docket No. 108**

Petitioner has filed a Motion for Expansion of the Evidentiary Record or, Alternatively, an Evidentiary Hearing, Docket No. 108.  Respondent is hereby directed to file its response to this motion on or before September 22, 2006.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

September 7, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CV\3-03-cv-00221-JWS-JDR DOUGLAS 2254 @108 MO Re Response to Motion.wpd