Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS,<br><br>             Petitioner,<br><br>     vs.<br><br>SUPERINTENDENT ZEE HYDEN,<br><br>             Respondent. | Case No.  3:03-cv-0221-JWS<br><br>**UNOPPOSED MOTION FOR TWO ADDITIONAL BUSINESS DAYS TO FILE REPLY BRIEF** |

Petitioner, JERRY LEE DOUGLAS, by and through counsel, moves this court to extend by two business days, until the close of business on Tuesday, November 7, 2006, the deadline for the submission of his reply to the state's Response to his Brief on the Merits.  Counsel for Mr. Douglas was out of the district for five days last week, attending a training program, and therefore requires two additional business days to complete her reply.

Blair Christensen, counsel for the respondent, has been contacted and does not oppose this request.

DATED this 3rd day of November, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on November 3 , 2006, a copy of the foregoing document, with attachments, was served electronically on:

Blair M. Christensen, Esq.

/s/ Mary C. Geddes