UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS,<br><br>          Petitioner,<br><br>vs.<br><br>SUPERINTENDENT ZEE HYDEN,<br><br>          Respondent. | Case No. 3:03-cv-0221-JWS<br><br>**PROPOSED ORDER GRANTING EXTENSION OF TIME** |

After due consideration of petitioner's Unopposed Motion for Two Additional Business Days to File Reply Brief, the court GRANTS the motion.  Petitioner has until the close of business on Tuesday, November 7, 2006, within which to file his reply to the state's Response to his Brief on the Merits.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge

1