UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS, | Case No. 3:03-cv-0221-JWS |
| Petitioner, | |
| vs. | **ORDER GRANTING MOTION FOR ORDER TO STATE DIRECTING RETRIAL OR RELEASE OF HABEAS PETITIONER** |
| SUPERINTENDENT ZEE HYDEN, | |
| Respondent. | |

After due consideration of the Motion for Order to State Directing Retrial or

Release of Habeas Petitioner in Alaska state court case 3AN99-4292 CR, the Motion being

Filed on Shortened Time due to the custodial status of the Petitioner, the Motion is

GRANTED.  The State of Alaska will either retry this case or release this defendant within 30

days of this order.

DATED this ____ day of _____, 2007, in Anchorage, Alaska.


_____
John W. Sedwick
United States District Court Judge