Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS,<br><br>    Petitioner,<br><br>vs.<br><br>SUPERINTENDENT ZEE HYDEN,<br><br>    Respondent. | Case No. 3:03-cv-0221-JWS<br><br>AFFIDAVIT OF COUNSEL |

STATE OF ALASKA    )
            ) ss.
THIRD JUDICIAL DISTRICT )

    Mary C. Geddes, being first duly sworn upon oath, deposes and states:

    1.  I am the attorney assigned to represent petitioner in the above-captioned case.

///

///

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Mary C. Geddes

SUBSCRIBED AND SWORN to before me this 6th day of March, 2007.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

Certification:

I certify that on March 6, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Blair M. Christensen, Esq.
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK 99501

/s/ Mary C. Geddes