UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JERRY LEE DOUGLAS,
    Plaintiff,

Case Number 3:03-cv-00221-JWS

v.

SUPERINTENDENT ZEE HYDEN,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_   **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX   **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT Petitioner's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is granted.

APPROVED:

/s/  JOHN W. SEDWICK
United States District Judge

_____
Date: March 5, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

/s/_____
Ida Romack, Clerk of Court

[3-03cv221.JUDGMENT.wpd]{JMT2.WPT*Rev.3/03}