IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEFFY LEE DOUGLAS,             )<br>                                                      )<br>         Petitioner,                     )<br>                                                      )<br>  vs.                                            )   Case No. 3:03-cv-00221-JWS<br>                                                      )<br>SUPERINTENDENT ZEE HYDEN,  )            PROPOSED<br>                                                      )   <u>ORDER GIVING STATE 30 DAYS</u><br>         Respondent.                  )   <u>IN WHICH TO INITIATE</u><br>                                                      )   <u>REPROSECUTION OF DOUGLAS</u> | |

After due consideration of the Motion for Order to State Directing Retrial or Release of Habeas Petitioner, and the Response to Motion for Order to State Court Directing Retrial or Release, this Court orders the following:

The State of Alaska shall have 30 days in which to begin the process of reprosecuting Douglas. If the Alaska Superior Court decides to release Douglas pending retrial, then the Alaska Superior Court must set conditions of release for Douglas. It is so ORDERED.

Dated this _____ day of _____, 2007

_____
John W. Sedwick
U.S. District Court Judge