MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Jerry Lee Douglas v. Superintendent Zee Hyden*

THE HONORABLE JOHN W. SEDWICK         3:03-cv-00221 JWS

| | | |
|---|---|---|
| PROCEEDINGS: | **ORDER FROM CHAMBERS** | **March 14, 2007** |

At docket 122, petitioner Douglas filed a motion on shortened time for an order directing the State of Alaska to retry or release Douglas within 30 days. Respondent filed a response at docket 126, and petitioner replied at docket 127. In his reply, petitioner indicated that since the respondent's filing at docket 126, the parties have reached an agreement regarding petitioner's release on bail conditions for both federal habeas and state trial court purposes and that petitioner will soon be released on third-party bail conditions to a halfway house. Petitioner further indicated that the parties will notify the State Superior Court of their agreement by filing the necessary paperwork on March 14, 2007.

In light of the above, the court directs the parties to file a joint status report with this court on **March 16, 2007.**

_____