Blair M. Christensen
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Blair_Christensen@law.state.ak.us

Attorney for Respondent Hyden

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:03-cv-00221-JWS |
| ) | |
| SUPERINTENDENT ZEE HYDEN, ) | JOINT STATUS REPORT |
| ) | |
| Respondent. ) | |
| _____ ) | |

This Court has requested that the parties apprise the Court of status of Douglas's release. A hearing was held on Wednesday, March 14, 2007 at which it was expected that the agreement between the parties on Douglas's release to a halfway house would be filed. The court was informed of the agreement but the execution of the agreement did not occur because Douglas was not present. Douglas's state-appointed counsel moved to continue the

hearing until March 21, 2007 so that Douglas could be present at the hearing. At the time of the March 14th hearing, the State of Alaska had already requested – on March 13, 2007 – that Douglas be transported from the prison in Seward to the Anchorage correctional center. Douglas was transported to Anchorage yesterday, March 15, 2007. Douglas's state-appointed counsel has today moved to have the hearing scheduled for the March 21st to occur at an earlier time. Douglas's attorney in this matter, Assistant Federal Public Defender Mary Geddes, is out of state but has been telephonically notified of the entirety of this joint status report.

DATED March 16, 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Blair M. Christensen
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
      and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: Blair_Christensen@law.state.ak.us
   Alaska Bar. No. 0311088

**Certificate of Service**

I certify that on March 16, 2007, a copy of the foregoing
Joint Status Report was served electronically on Mary
C. Geddes.
s/ Blair M. Christensen