Blair M. Christensen
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Blair_Christensen@law.state.ak.us

Attorney for Respondent Hyden

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS,  )<br>  )<br>           Petitioner,  )<br>  )<br>    vs.  )<br>  )<br>SUPERINTENDENT ZEE HYDEN,  )<br>  )<br>           Respondent.  )<br>_____ ) | Case No. 3:03-cv-00221-JWS<br><br>UPDATED STATUS REPORT |

      This Court has requested an updated status report apprising it of the status of Douglas's release. Since the status report filed with this court on March 16, 2007, a bail hearing was held in the Alaska Superior Court on March 21, 2007. Douglas has been released on the bail conditions that the parties agreed to and that were stated in Douglas's reply to response to motion for order to state court directing retrial or release. [Docket No. 127 at 3] That is, Douglas

has been released to a halfway house with the allowance for him to work and attend medical appointments. The Alaska Superior Court has also set a pretrial status hearing in the criminal case for June 13, 2007. This pretrial hearing was set for June with the acquiescence of Douglas's state-appointed attorney; originally, the same attorney suggested to the assistant district attorney who appeared at the bail hearing that the hearing could be set for two months later, in August. The State of Alaska has therefore begun the process of retrying Douglas and he has been released on bail under the stipulated conditions to which the parties previously agreed. This status report is being filed by the Respondent's counsel, although its content has been telephonically read to Ms. Geddes.

DATED March 22, 2007 , at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Blair M. Christensen
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
      and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: Blair_Christensen@law.state.ak.us
   Alaska Bar. No. 0311088

**Certificate of Service**

I certify that on March 22, 2007, a copy of the foregoing Updated Status Report was served electronically on Mary C. Geddes.

<u>s/ Blair M. Christensen</u>