UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS,<br><br>     Petitioner,<br><br>vs.<br><br>SUPERINTENDENT ZEE HYDEN,<br><br>     Respondent. | Case No. 3:03-cv-0221-JWS<br><br>**PROPOSED**<br>**ORDER REQUIRING PETITIONER'S**<br>**RELEASE FROM RESPONDENT'S**<br>**CUSTODY OR RETRIAL BY**<br>**APRIL 4, 2007** |

    After due consideration of Petitioner's motion on shortened time, the court GRANTS the motion.

    After due consideration of Petitioner's motion requiring Petitioner's release from Respondent's custody or retrial by April 4, 2007, the motion is GRANTED.  Respondent is required to release or retry Petitioner, Jerry Lee Douglas, by April 4, 2007.

    DATED _____, 2007, in Anchorage, Alaska.


             _____
                John W. Sedwick
             United States District Court Judge