Blair M. Christensen
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Blair_Christensen@law.state.ak.us

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:03-cv-00221-JWS |
| ) | |
| SUPERINTENDENT ZEE HYDEN, ) | NOTICE OF APPEAL |
| ) | |
| Respondent. ) | |
| ) | |

Please take notice that Respondent, Zee Hyden, by and through counsel for the State of Alaska, appeals to the United States Court of Appeals for the Ninth Circuit from the order granting Petitioner Jerry Lee Douglas's Amended Petition Writ For Habeas Corpus. The order was issued by the United States District Court for the District of Alaska on March 5, 2007.

*Jerry Lee Douglas v. Zee Hyden*, 3:03-cv-00221-JWS-JDR
Page 1

DATED March 29, 2007, at Anchorage, Alaska.

> TALIS J. COLBERG
> ATTORNEY GENERAL
>
> s/ Blair M. Christensen
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>     and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: Blair_Christensen@law.state.ak.us
>   Alaska Bar. No. 0311088

**Certificate of Service**

I certify that on March 29, 2007, a copy of the foregoing Notice of Appeal was served electronically on Mary C. Geddes.

> s/ Blair M. Christensen