Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS,<br><br>    Petitioner,<br><br>vs.<br><br>SUPERINTENDENT ZEE HYDEN,<br><br>    Respondent. | Case No. 3:03-cv-0221-JWS<br><br>**MOTION FOR ORDER OF RELEASE,**<br>*Filed on Shortened Time* |

   Petitioner, Jerry Lee Douglas, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court on shortened time for an order of release to be directed to the Alaska Department of Corrections (DOC) and the State of Alaska Superior Court in Case No. 3ANS-99-4292 CR. This motion is intended to give effect to this court's order at Docket 140. As of today, Mr. Douglas has neither been released nor scheduled for arraignment in state court.

///

///

DATED this 13th day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on April 13, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Blair M. Christensen, Esq.
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK 99501

/s/ Mary C. Geddes