UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>SUPERINTENDENT ZEE HYDEN,<br><br>　　　　　　Respondent. | Case No. 3:03-cv-0221-JWS<br><br>**ORDER DIRECTING RELEASE** |

　　　　After due consideration of petitioner's motion on shortened time, the motion is GRANTED.

　　　　After due consideration of petitioner's motion for order of release, the motion is GRANTED.

　　　　BY ORDER OF THE UNITED STATES DISTRICT COURT, petitioner's conviction in State of Alaska Superior Court Case No. 3ANS-99-4292 CR has been vacated. Unless Mr. Douglas has been served with a new arrest warrant in said case, he shall be released from incarceration in this matter FORTHWITH.

　　　　DATED this ____ day of April, 2007, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge