UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JERRY LEE DOUGLAS,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ZEE HYDEN,<br><br>Defendant - Appellant. | No. 07-35365<br>D.C. No. CV-03-00221-JWS<br><br>JUDGMENT |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED, REMANDED. We REVERSE the district court's order granting the federal habeas corpus petition. We REMAND to the district court to conduct such further proceedings as it deems necessary.**

Filed and entered 01/18/08; amended 2/6/08

