Blair M. Christensen
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Blair.Christensen@alaska.gov

Attorney for Respondent Zee Hyden

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> SUPERINTENDENT ZEE HYDEN, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 3:03-cv-0221-JWS-JDR <br><br> RESPONDENT'S CLARIFICATION <br> OF STATUS REPORT |

Respondent agrees that this Court should determine the issues remaining from Douglas's petition. The Respondent opposes Douglas's renewal of his motion to exand the evidentiary record and requests that the Court also consider Respondent's response to Douglas's petition for writ of habeas corpus, Respondent's opposition to Douglas's motion to expand the evidentiary record,

and Respondent's to Douglas's objections to the Magistrate's findings. [Docket. Nos. 106, 110, 119]

DATED April 14, 2008, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Blair M. Christensen
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: Blair.Christensen@alaska.gov
   Alaska Bar. No. 0311088

**Certificate of Service**

I certify that on April 14, 2008, a copy of the foregoing Respondents Clarification of Status Report was served electronically on Mary C. Geddes.

s/ Blair M. Christensen