### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

JERRY LEE DOUGLAS,
      Plaintiff,

                                    Case Number 3:03-cv-00221-JWS

v.

SUPERINTENDENT ZEE HYDEN,        AMENDED
      Defendant.                **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT petitioner's Amended Petition for Writ of Habeas Corpus pursuant to 28:2254 is DENIED.

APPROVED:


/s/ JOHN W. SEDWICK
United States District Judge


Date: June 16, 2008


[303cv221JWS-amended judgment.wpd]{JMT2.WPT*Rev.3/03}

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    IDA ROMACK
Ida Romack, Clerk of Court