Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS,<br><br>                Petitioner,<br><br>vs.<br><br>SUPERINTENDENT ZEE HYDEN,<br><br>                Respondent. | Case No. 3:03-cv-0221-JWS<br><br>**NOTICE OF APPEAL** |

      Please take notice that Petitioner Jerry Lee Douglas, by and through counsel Mary C. Geddes, Assistant Federal Defender, appeals to the United States Court of Appeals for the Ninth Circuit from the Amended Judgment in a Civil Case of the United States District Court for the District of Alaska, dated June 16, 2008, denying his Amended Petition for a Writ of Habeas Corpus, 28 U.S.C. § 2254.

///

///

///

DATED this 30th day of June, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on June 30, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Blair M. Christensen, Esq.
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK 99501

/s/ Mary C. Geddes