UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  Douglas v Superintendent Zee Hyden
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  3;03-cv-00221-JWS
Date Petition Filed:  9/23/03
Date Appealed Judgment *entered*: 6/16/08
Date NOA *filed*: 6/30/08
COA Status (check one):
__granted in full (attach order)      __denied in full (send record)
__granted in part (send record)      __pending

Court Reporter(s) Name and Phone Number:  Pam Richter 907-677-6125.

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  _        Date Docket Fee billed:  _
Date FP granted:  _             Date FP denied:  _
Is FP pending?  _no             Was FP Limited/Revoked?
US Government Appeal?   _no     Companion Cases?  Please list:  _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:**  (please include e-mail address and fax number)
Appellate Counsel:                        Appellee Counsel:

**Mary C. Geddes**                         **Blair M. Christensen**
Federal Public Defender's Agency           State of Alaska, Office of Special Prosecutions &
601 W. 5th Ave., Suite 800                 Appeals
Anchorage, AK 99501                        310 K Street, Suite 308
                                           Anchorage, AK 99501

__retained    __CJA    __FPD    __FPD    __Other      Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID:  _              Address:  _
Custody:  _                  Bail:

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:  _         9th Circuit Docket Number:  _

Name and phone number of person completing this form:   Nancy Lealaisalanoa -907-677-6122.