UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JERRY LEE DOUGLAS,<br><br>                   Petitioner,<br><br>vs.<br><br>SUPERINTENDENT ZEE HYDEN,<br><br>                   Respondent. | Case No. 3:03-cv-0221-JWS<br><br>**ORDER GRANTING<br>CERTIFICATE OF APPEALABILITY** |

      After due consideration of petitioner's Motion For Certificate of Appealability, the motion is GRANTED.

      DATED this ____ day of July, 2008, in Anchorage, Alaska.

                                                        _____<br>
                                                                 John W. Sedwick<br>
                                                       United States District Court Judge