

RECEIVED
JUL 17 2008
CLERK, U.S. [DISTRICT COURT]
ANCHORAGE, A.K.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

08-35593

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
JUL 11 2008
FILED_____
DOCKETED____ DATE   INITIAL

**CASE INFORMATION:**
Short Case Title: Douglas v Superintendent Zee Hyden
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: 3:03-cv-00221-JWS
Date Petition Filed: 9/23/03
Date Appealed Judgment *entered*: 6/16/08
Date NOA *filed*: 6/30/08
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: Pam Richter 907-677-6125.

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __        Date Docket Fee billed: __
Date FP granted: __             Date FP denied: __
Is FP pending? _no              Was FP Limited/Revoked?
US Government Appeal? _no       Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:

**Mary C. Geddes**                    **Blair M. Christensen**
Federal Public Defender's Agency      State of Alaska, Office of Special Prosecutions &
601 W. 5th Ave., Suite 800            Appeals
Anchorage, AK 99501                   310 K Street, Suite 308
                                      Anchorage, AK 99501

__retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __           Address: __
Custody: __               Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __       9th Circuit Docket Number: __

Name and phone number of person completing this form: Nancy Lealaisalanoa -907-677-6122.